
FILED
CLERK, U.S. DISTRICT COURT

JUL 11 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 8:23-mj-00360 |
| FRANCISCO ALVARADO, | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _July 14_____, _2023_____, at _1:30_____ ☐ a.m. / ☒ p.m. before the Honorable _JOHN D. EARLY_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _July 14, 2023_____

_____/s/ John D. Early_____
U.S. ~~District Judge~~/Magistrate Judge
JOHN D. EARLY